**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAZARAO CINTRON, | Civil Action No.: 2:17-cv-11537 |
| Plaintiff, | |
| v. | **ORDER** |
| MONTEREY FINANCIAL SERVICES, INC., | |
| Defendant. | |

**CECCHI, District Judge.**

This matter comes before the Court on Defendant Monterey Financial Services, Inc.'s ("Defendant") motion to dismiss Plaintiff Lazarao Cintron's ("Plaintiff") complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 6). In the alternative, Defendant's motion seeks to compel arbitration of Plaintiff. (*Id.*). Pursuant to Federal Rule of Civil Procedure 78(b), no oral argument was heard. For the reasons set forth in the Court's corresponding Opinion:

IT IS on this 10 day of October, 2018:

**ORDERED** that Defendant's motion, (ECF No. 6), is **GRANTED IN PART** and **DENIED IN PART AS MOOT**; it is further

**ORDERED** that the parties are directed to proceed with arbitration; and it is further

**ORDERED** that this case shall be **DISMISSED** and the Clerk of Court shall **CLOSE** the file.

_____
**CLAIRE C. CECCHI, U.S.D.J.**